IRONBOUND COMMITTEE AGAINST TOXIC WASTE, ET AL. v. BOARD OF CHOSEN FREEHOLDERS, COUNTY OF ESSEX, ET AL.

May 8, 1989.

Petition for certification denied.   (See 230 *N.J.Super.* 133)

BARRY TENKIN, ET UX., v. IRVING M. BUSH, M.D.

May 8, 1989.

Petition for certification denied.

MOUNTAIN VIEW ASSOCIATES, ETC. v. THE MAYOR AND COUNCIL OF THE TOWNSHIP OF MAHWAH, ET AL.

May 8, 1989.

Petition for certification denied.

BERTHA RAKOFF v. ASSOCIATED PODIATRIC SURGEONS.

May 8, 1989.

Petition for certification denied.